# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

————

No. 18-11515

————

United States Court of Appeals
Fifth Circuit

**FILED**

December 20, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

FERMIN HERRERA-ANGELES,

Defendant - Appellant

————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:18-CR-56-1

————

Before HIGGINBOTHAM, HO, and ENGELHARDT, Circuit Judges.

PER CURIAM:

The opinion filed in this case on December 17, 2019, *United States v. Herrera-Angeles*, No. 18-11515, 2019 WL 6883707 (5th Cir. Dec. 17, 2019), is hereby WITHDRAWN. The Clerk is directed to set this case for oral argument.